Certificate Number: 12433-PAE-DE-028851716

Bankruptcy Case Number: 17-10948



12433-PAE-DE-028851716

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2017, at 7:17 o'clock PM EST, Matthew L. Driscoll completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 2, 2017                By:   /s/Lisa Susoev

                                     Name: Lisa Susoev

                                     Title: Teacher