United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10948-amc
Matthew L. Driscoll                                                       Chapter 7
Matthew L. Driscoll
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: admin              Page 1 of 2              Date Rcvd: May 12, 2017
                                  Form ID: 318             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db            +Matthew L. Driscoll,   6409 Lebanon Avenue,   Philadelphia, PA 19151-3117
db            +Matthew L. Driscoll,   MAILING ADDRESS,   201 Bywood Ave,   PO Box 45,
                Upper Darby, PA 19082-0045
13864469     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: Am Honda Fin,   201 Little Falls Dr,   Wilmington, DE 19808)
13864474     +Lankenau Medical Cener,   100 East Lancaster Avenue,   Wynnewood, PA 19096-3450
13864475     +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
13864476     +Paypal Credit,   P.O. Box 5138,   Timonium, MD 21094-5138
13864479     +Sun East Federal Cr Un,   4500 Pennell Rd,   Aston, PA 19014-1862
13864485     +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
13864486     +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QLEFELDMAN.COM May 13 2017 00:53:00    LYNN E. FELDMAN,   Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg           E-mail/Text: bankruptcy@phila.gov May 13 2017 01:04:07    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:12
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:38    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13864470      E-mail/Text: ebn@americollect.com May 13 2017 01:03:25    Americollect Inc,   Po Box 1566,
                Manitowoc, WI 54221
13864471     +EDI: TSYS2.COM May 13 2017 00:53:00    Barclays Bank Delaware,   P.o. Box 8803,
                Wilmington, DE 19899-8803
13864472      EDI: CAPITALONE.COM May 13 2017 00:53:00    Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238
13864473     +E-mail/Text: bankruptcynotices@devry.edu May 13 2017 01:04:13    Devry Inc,   814 Commerce Dr,
                Oak Brook, IL 60523-8822
13864477     +E-mail/Text: bankruptcyteam@quickenloans.com May 13 2017 01:03:34    Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
13864480     +EDI: RMSC.COM May 13 2017 00:53:00    Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
13864481     +EDI: RMSC.COM May 13 2017 00:53:00    Syncb/care Credit,   950 Forrer Blvd,
                Kettering, OH 45420-1469
13864482     +EDI: RMSC.COM May 13 2017 00:53:00    Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
13864483     +EDI: RMSC.COM May 13 2017 00:53:00    Syncb/old Navy,   Po Box 965005,
                Orlando, FL 32896-5005
13864484     +EDI: RMSC.COM May 13 2017 00:53:00    Syncb/walmart Dc,   Po Box 965024,
                Orlando, FL 32896-5024
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13864478      Rocketloans
                                                                                  TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: admin              Page 2 of 2              Date Rcvd: May 12, 2017
                                  Form ID: 318             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Matthew L. Driscoll bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew L. Driscoll** | Social Security number or ITIN **xxx–xx–5927** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Matthew L. Driscoll** | Social Security number or ITIN **xxx–xx–5927** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–10948–amc**

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew L. Driscoll                                  Matthew L. Driscoll

5/11/17                                          **By the court:**  Ashely M. Chan
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318      **Order of Discharge**      page 2